### ANDERSON v. THE STATE.
(Decided June 8, 1915.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State.

THOMAS, J.—Appeal dismissed on authority of *Rivers v. State, infra,* 69 South. 387.

### KELLEY v. THE STATE.
(Decided June 1, 1915.)

APPEAL from Morgan Law and Equity Court.

Heard before Hon. THOMAS W. WERT.

G. O. CHENAULT, for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State.

THOMAS, J.—Appeal dismissed under Rule 43, on the authority of *Rivers v. State, infra,* 69 South. 387.

### PRIDGIN v. THE STATE.
(Decided June 8, 1915.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed on authority of *Rivers v. State, infra,* 69 South. 387.